IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BOBBY R. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV109 |
| | ) | |
| v. | ) | |
| | ) | **MEMORANDUM** |
| STATE OF NEBRASKA, | ) | **AND ORDER** |
| | ) | |
| Defendant. | ) | |

This matter is before the court on its own motion. On June 3, 2008, the court entered a Memorandum and Order giving Plaintiff until July 2, 2008 to show cause why this case should not be dismissed for Plaintiff's failure to pay the initial partial filing fee assessed in this case. Plaintiff was notified that "[i]n the absence of cause shown, this case will be dismissed without prejudice and without further notice." ([Filing No. 8](#) at CM/ECF p. 2.) Plaintiff has not responded to the court's June 3, 2008 Memorandum and Order.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Complaint and this action are dismissed without prejudice.

2. Plaintiff remains responsible for the full filing fee.

3. A separate Judgment will be entered.

July 14, 2008.                                 BY THE COURT:

                                               s/*Richard G. Kopf*
                                               United States District Judge